# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| INTRA-NATIONAL HOME CARE LLC, *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants-Appellees*. | No. 22-2628 |

## APPELLANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 34.1(b), and for good cause, Plaintiffs-Appellants Intra-National Home Care LLC, Americare Home Healthcare Services LLC, and Agewell Home Helpers, Inc. respectfully request oral argument. This appeal turns on the important issue of when a "right of action" for pre-enforcement review under the Administrative Procedure Act (APA) "accrues" for the purposes of 28 U.S.C. § 2401(a). This issue has divided the circuits.[1] And it has caused considerable

---

[1] *Compare Herr v. U.S. Forest Serv.*, 803 F.3d 809, 819 (6th Cir. 2015) (rejecting the contention that "a right of action under the APA accrues upon final agency action regardless of whether that action aggrieved the plaintiff" as "contradict[ing] the text of the statute and Supreme Court precedent to boot") *and Pennsylvania Dept. of Pub. Welfare v. U.S. Dep't of Health & Human Servs*, 101 F.3d 939, 945 (3d Cir. 1996) (tying accrual of APA preenforcment claim under Section 2401(a) to date when the

confusion among lower courts, including the lower courts in this circuit. Counsels' responses to inquiries from the Court may aid the Court in its resolution of the important statutory issue raised by this appeal. *See* Fed. R. App. P. 34(a)(1). Plaintiffs-Appellants request 15 minutes of argument per side.

| | |
|---|---|
| March 6, 2023 | Respectfully submitted, |
| | *s/ Michael B. Buschbacher* |
| Bruce C. Fox | Jonathan Berry |
| Andrew J. Horowitz | Michael B. Buschbacher |
| Obermayer, Rebman, | Boyden Gray & Associates, PLLC |
|   Maxwell & Hippel LLP | 801 17th Street NW, Suite 350 |
| 525 William Penn Place, | Washington, DC 20006 |
|   Suite 1710 | (202) 955-0620 |
| Pittsburg, PA 15219 | buschbacher@boydengrayassociates.com |
| (412) 566-1500 | |
| bruce.fox.@obermayer.com | *Counsel for Plaintiff-Appellants Intra-National Home Care LLC and Americare Home Healthcare Services LLC* |
| *Counsel for Plaintiff-Appellants* | |

---

claim first became ripe), *with North Dakota Retail Ass'n v. Board of Governors of the Fed. Reserve Sys.,* 55 F.4th 634, 640–41 (8th Cir. 2022) (rejecting *Herr* and concluding that "when plaintiffs bring a facial challenge to a final agency action, the right of action accrues, and the limitations period begins to run, upon publication of the regulation").

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I filed the foregoing with the Clerk of the Court via CM/ECF, which will serve the following counsel of record:

Laura S. Irwin
Office of United States Attorney
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
laura.irwin@usdoj.gov

Alisa B. Klein
David Peters
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
alisa.klein@usdoj.gov
david.l.peters@usdoj.gov

Respectfully submitted,

*s/ Michael B. Buschbacher*
Michael B. Buschbacher