

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530
202-514-1673

VIA CM/ECF

September 29, 2023

Ms. Patricia S. Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:   *Intra-National Homecare LLC v. U.S. Dep't of Labor,* No. 22-2628 (3d
Cir.) (argued July 13, 2023).

Dear Ms. Dodszuweit:

   We write to inform the Court that the Supreme Court has granted certiorari in
*Corner Post, Inc. v. Board of Governors of the Federal Reserve System*, No. 22-1008, to address
the question of when "a plaintiff's APA claim 'first accrue[s]' under 28 U.S.C.
§ 2401(a)." Petition i, *Corner Post*, *supra*; *see* Order List (September 29, 2023)
(attached). As the parties' briefs explained, in that case the Eighth Circuit addressed
the same statute of limitations argument raised by plaintiffs here, *i.e.*, that the period
to assert facial challenges to an agency rule restarts every time a new regulated entity
comes into existence. *See* Response Br. 11-12, 20, 22, 26; Reply Br. 16-17. The
Supreme Court's resolution of the question presented in *Corner Post* is therefore likely
to substantially inform this Court's decision on the statute of limitations issue raised in
this case.

Sincerely,

s/ *David L. Peters*
David L. Peters
U.S. Department of Justice
Appellate Staff, Civil Division

cc (via CM/ECF):   Counsel of Record

FRIDAY, SEPTEMBER 29, 2023

CERTIORARI GRANTED

| 22-277 | MOODY, ATT'Y GEN. OF FL, ET AL. V. NETCHOICE, LLC, ET AL. |
|--------|------------------------------------------------------------|
| 22-555 | NETCHOICE, LLC, ET AL. V. PAXTON, ATT'Y GEN. OF TX |

The petitions for writs of certiorari are granted limited to Questions 1 and 2 presented by the Solicitor General in her brief for the United States as *amicus curiae*.

| 22-899 | SMITH, JASON V. ARIZONA |
|--------|-------------------------|
| 22-913 | DEVILLIER, RICHARD, ET AL. V. TEXAS |
| 22-1008 | CORNER POST, INC. V. BD. OF GOVERNORS, FRS |
| 22-1074 | SHEETZ, GEORGE V. COUNTY OF EL DORADO, CA |

The petitions for writs of certiorari are granted.

| 22-1078 | WARNER CHAPPELL MUSIC, ET AL. V. NEALY, SHERMAN, ET AL. |
|---------|----------------------------------------------------------|

The petition for a writ of certiorari is granted limited to the following question: Whether, under the discovery accrual rule applied by the circuit courts and the Copyright Act's statute of limitations for civil actions, 17 U. S. C. §507(b), a copyright plaintiff can recover damages for acts that allegedly occurred more than three years before the filing of a lawsuit.

| 22-1165 | MACQUARIE INFRASTRUCTURE, ET AL. V. MOAB PARTNERS, L.P., ET AL. |
|---------|------------------------------------------------------------------|
| 22-1178 | FBI, ET AL. V. FIKRE, YONAS |
| 22-1238 | UNITED STATES TRUSTEE V. JOHN Q. HAMMONS FALL, ET AL. |

The petitions for writs of certiorari are granted.

| 22-7386 | McINTOSH, LOUIS V. UNITED STATES |
|---------|----------------------------------|

The motion of petitioner for leave to proceed *in forma*

*pauperis* is granted.  The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

23-51       BISSONNETTE, NEAL, ET AL. V. LePAGE BAKERIES PARK ST., ET AL.

The petition for a writ of certiorari is granted.