# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2628

Intra-National Home Care LLC, et al v. United States Department of Labor, et al

(U.S. District Court No.: 2-20-cv-01773)

## ORDER

By order entered , the Court stayed the above entitled case. All parties are directed to file a status report by **November 13, 2023** and every **thirty (30)** days thereafter until the stay is lifted.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     October 11, 2023
SB/cc:    Jonathan Berry, Esq.
Michael B. Buschbacher, Esq.
Bruce C. Fox, Esq.
Andrew J. Horowitz, Esq.
Alisa B. Klein, Esq.
David Peters, Esq.