UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2628

Intra-National Home Care LLC v. United States Department of Labor

To:   Clerk

1)   Status Report filed by Appellees dated November 13, 2023, and Unopposed Motion to Reset Next Status Report Deadline

    The foregoing motion is granted. The appeal shall continue to be held C.A.V. pending decision by the Supreme Court in Corner Post, Inc. v. Board of Governors of the Federal Reserve System, No. 22-1008. However, the requirement for filing monthly status reports is hereby suspended. The parties must immediately advise the Court, in writing, when a decision has been reached by the Supreme Court. The responses must advise the Court of what effect, if any, the decision in Corner Post has had on the pending appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 4, 2023
Sb/cc:  All Counsel of Record